NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRADESTATION TECHNOLOGIES, INC.,**
*Plaintiff-Appellee*

v.

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Defendant-Appellant*

---

2016-2603

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:16-cv-60296-WJZ, Judge William J. Zloch.

---

**ON MOTION**

---

**O R D E R**

Trading Technologies International, Inc. moves to expedite proceedings in this appeal, proposing to file its opening brief by September 23, 2016.

Upon consideration thereof,

IT IS ORDERED THAT:

2   TRADESTATION TECHNOLOGIES v. TRADING TECHNOLOGIES INTL.

(1) Any opposition to the motion is due no later than September 21, 2016. Any reply in support of the motion is due no later than September 23, 2016.

(2) Trading Technologies' opening brief is due no later than September 26, 2016.

                                      FOR THE COURT

                                      /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court

s24